June 11, 2010

Mr. W. Wendell Hall
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792
Ms. Susan E. Hutchison
Foreman, Lewis & Hutchison, P.C.
611 South Main Street, Suite 700
Grapevine, TX 76051

RE: Case Number: 07-0205
 Court of Appeals Number: 02-05-00373-CV
 Trial Court Number: 067-198284-03

Style: WAFFLE HOUSE, INC.
 v.
 CATHIE WILLIAMS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinions at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Thomas A. |
| |Wilder |
| |Ms. Stephanie |
| |Robinson |
| |Mr. Mark R. Flora |